# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Daniel Wolff,

                    Petitioner

   v.

Brian Williams, *et al.*,

                    Respondents

Case No. 2:20-cv-00494-JAD-EJY

**Order Granting Unopposed Motion for Extension of Time**

ECF No.  14

     Petitioner Daniel Wolff brings this action for habeas corpus relief under 28 U.S.C. § 2254 to challenge his state-court convictions for first-degree murder with the use of a deadly weapon and robbery with the use of a deadly weapon.[1]  Wolff's counseled second amended petition was due November 9, 2020, but he filed a timely motion to extend that deadline because of pending deadlines in other cases and continued disruption due to the COVID-19 pandemic.[2]  The motion is unopposed.  Good cause appearing,

///

///

///

///

-------------------

[1] ECF No. 4.

[2] ECF No. 14.

**IT IS ORDERED** that the Unopposed Motion for Extension of Time **[ECF No. 14] is GRANTED nunc pro tunc to 11/9/2020. Petitioner's deadline to file a counseled first amended petition for writ of habeas corpus is extended to February 8, 2021.**

Dated: November 11, 2020

_____

U.S. District Judge Jennifer A. Dorsey

2