**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Daniel Wolff,

           Petitioner

   v.

Brian Williams, *et al.*,

           Respondents

Case No. 2:20-cv-00494-JAD-EJY

**Order Granting Unopposed Motion for Extension of Time**

ECF No. 16

    Petitioner Daniel Wolff brings this action for habeas corpus relief under 28 U.S.C. § 2254 to challenge his state-court convictions for first-degree murder with the use of a deadly weapon and robbery with the use of a deadly weapon.[1]  Wolff's counseled second amended petition is due February 8, 2021, but Wolff moves to extend that deadline because of pending deadlines in other cases and continued disruption due to the COVID-19 pandemic.[2]  The motion is unopposed.  Good cause appearing,

    **IT IS HEREBY ORDERED** that the Unopposed Motion for Extension of Time **[ECF No. 16] is GRANTED.  Petitioner's deadline to file a counseled second amended petition for writ of habeas corpus is extended to March 10, 2021.**

                                                  _____
                                                  U.S. District Judge   2/10/21

---

[1] ECF No. 4.
[2] ECF No. 16.