# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Daniel Wolff,

        Petitioner

v.

Brian Williams, *et al.*,

        Respondents

Case No. 2:20-cv-00494-JAD-EJY

**Order Granting Motion for Enlargement of Time**

ECF No. 19

Petitioner Daniel Wolff brings this action for habeas corpus relief under 28 U.S.C. § 2254 to challenge his state-court convictions for first-degree murder with the use of a deadly weapon and robbery with the use of a deadly weapon.[1] Respondents' response to the second amended petition is due May 10, 2021. Respondents now move to extend the time to file a response to the second amended petition because of work that needed to be done in other cases.[2] The motion is unopposed. Good cause appearing,

**IT IS ORDERED** that the Motion for Enlargement of Time **[ECF No. 19] is GRANTED. Respondents' deadline to file a response to the second amended petition for writ of habeas corpus is extended to July 9, 2021.**

Dated: May 21, 2021

                                                                  U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 18.
[2] ECF No. 19.