# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Daniel Wolff,

           Petitioner

  v.

Brian Williams, *et al.*,

           Respondents

Case No. 2:20-cv-00494-JAD-EJY

**Order Granting Unopposed Motion for Extension of Time**

ECF No. 26

    Petitioner Daniel Wolff brings an unopposed motion to extend the deadline for filing an opposition to the motion to dismiss.[1]  He argues that the press of business in other cases has taken much of his time.  Good cause appearing, IT IS HEREBY ORDERED that the unopposed motion for extension of time (first request) **[ECF No. 26] is GRANTED.**  Petitioner's deadline for filing an opposition to the motion to dismiss is extended to August 23, 2021.

    Dated: July 23, 2021

                                                                                 _____
                                                                                 U.S. District Judge

---

[1] ECF No. 26.