**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Daniel Wolff,<br><br>　　　　　　Petitioner<br><br>　　v.<br><br>Brian Williams, *et al.*,<br><br>　　　　　　Respondents | Case No. 2:20-cv-00494-JAD-EJY<br><br>**Order Granting Motion for Enlargement of Time**<br><br>ECF No. 29 |

Respondents bring a motion for an enlargement of time to respond to petitioner's motion to strike or in the alternative motion for more definite statement.[1] They argue that the press of work in other cases necessitates an enlargement of time in this case. Good cause appearing, IT IS HEREBY ORDERED that the motion for enlargement of time (first request) **[ECF No. 29] is GRANTED.** The deadline for respondents' response to the motion to strike or in the alternative motion for more definite statement is extended to September 10, 2021.

Dated: August 23, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge

---

[1] ECF No. 29.