# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Daniel Wolff,<br>　　　　　　Petitioner<br>　　v.<br>Brian Williams, et al.,<br>　　　　　　Respondents | Case No. 2:20-cv-00494-JAD-EJY<br><br>**Order Granting Motion for Enlargement of Time**<br><br>[ECF No. 48] |

Respondents bring an unopposed motion for extension of time[1] to file their answer to the second amended petition for writ of habeas corpus[2] in this case. The court finds that respondents' request is made in good faith and not solely for the purpose of delay. So, with good cause appearing, IT IS ORDERED that respondents' motion to extend time to file their answer **[ECF No. 48] is GRANTED**. The answer is due **February 23, 2023**. In all other respects, the briefing schedule in the July 8, 2020, order[3] remains in effect.

　　　　Dated: January 10, 2023

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 48.
[2] ECF No. 18.
[3] ECF No. 13.