# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Daniel Wolff,

Petitioner

v.

Brian Williams, et al.,

Respondents

Case No.  2:20-cv-00494-JAD-EJY

**Order Granting Motion for Enlargement of Time**

[ECF No. 50]

Respondents bring an unopposed motion for extension of time[1] to file their answer to the second-amended petition for writ of habeas corpus[2] in this case.  I find that respondents' request is made in good faith and not solely for the purpose of delay, so I grant the motion.  I also note, however, that with their previous extension, respondents will now have a total of five months to file the answer.  IT IS THEREFORE ORDERED that respondents' motion to extend time **[ECF No. 50] is GRANTED**.  Respondents have until **April 10, 2023**, to file their answer, but **no further extensions** will be permitted absent a showing of extraordinary circumstances.  In all other respects, the briefing schedule in the July 8, 2020, order[3] remains in effect.

Dated: February 24, 2023

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 50.

[2] ECF No. 18.

[3] ECF No. 13.