# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Daniel Wolff,

Petitioner

v.

Brian Williams, et al.,

Respondents

Case No.  2:20-cv-00494-JAD-EJY

**Order Granting Motion for Enlargement of Time**

[ECF No. 52]

Respondents, through counsel, bring a motion for extension of time[1] to file their answer to the second amended petition for writ of habeas corpus[2] in this case.  When I granted counsel's prior request for an extension, I warned that no further extensions would be permitted, absent extraordinary circumstances.[3]  I am not convinced that counsel's proffered reasons for her current request, i.e., her workload and high turnover within the Nevada Attorney General's Office, qualify as extraordinary circumstances.  I also note, however, that petitioner's counsel does not oppose the motion and the time requested (21 days) is relatively short.  So I grant the motion, but I will not permit any further extensions under any circumstances.

IT IS THEREFORE ORDERED that respondents' motion to extend time **[ECF No. 52] is GRANTED**.  Respondents have until **May 1, 2023**, to file their answer.  The court will **not accept** an answer from the respondents after that date.

Dated: April 7, 2023

_____

U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 52.

[2] ECF No. 18.

[3] *See* ECF No. 51.